# Court of Appeals
# of the State of Georgia

ATLANTA,  September 20, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0204.  FREDERICK D. GREEN v. THE STATE**

In 2008, Frederick Green was convicted of armed robbery and aggravated assault, and we affirmed his convictions on appeal. See *Green v. State*, No. A09A1273 (Sept. 8, 2009). In 2016, Green filed an extraordinary motion for a new trial, in which he challenged the validity of his convictions based on alleged errors in the jury charge and ineffective assistance of counsel. The trial court denied Green's motion, and he filed this direct appeal. We lack jurisdiction.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary review. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Thus, Green is not entitled to a direct appeal from the order he challenges. Even if Green's motion properly were construed as seeking to vacate his convictions, this appeal still would be subject to dismissal.

"It is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court, and that the law of the case doctrine is not confined to civil cases, but applies also to rulings made by appellate courts in criminal cases." *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) (citations and punctuation omitted). We previously dismissed Green's appeals from the denials of prior motions in which he sought to vacate his convictions, on the ground that the trial court's orders were not appealable. See *Green v. State*, No. A16A1862 (July 18, 2016); *Green v. State*, No. A16A0316 (Dec. 9, 2015). We are precluded from revisiting issues that already have been decided. See *Ross*, 310 Ga.

App. at 328. For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,*_____09/20/2016_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*